# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE WEBB AKA MAXINE ROBERSON, <br><br>           Appellant, <br><br>  v. <br><br>SARA L. KISTLER, ACTING UNITED STATES TRUSTEE <br><br>           Appellee. | CIV-F-07-1028 AWI <br><br> BANKRUPTCY CASE NO. 07-10608-A-13 <br><br> ADVERSARY CASE NO. 07-01067-A <br><br> ORDER GRANTING PERMISSION TO PRO SE APPELLANT TO USE ELECTRONIC FILING |

      Appellant is a pro se party.  Under Local Rule 5-133(a) and (b)(2), pro se parties are directed to file and serve paper documents and are specifically prohibited from filing electronically.  Appellant has made a request to use the e-file system pursuant to Local Rule 5-133(b)(3). Doc. 4. She states that she has been e-filing in the Northern District and has an active Pacer account.  The nature of a bankruptcy appeal is such that the number of documents that are required to be filed by the parties is not expected to be large.  Therefore, Appellant's request to use the Eastern District's e-filing system is granted.  Appellant must register with the local clerk's office to obtain a username and password within fourteen (14) days of the issuance of this order.  Once she has done so, she may file documents and accept service electronically, subject to all relevant local rules.

IT IS SO ORDERED.

Dated:   September 5, 2007                          /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE