UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE WEBB AKA MAXINE ROBERSON,<br><br>        Appellant,<br><br>  v.<br><br>UNITED STATES TRUSTEE<br><br>        Appellee. | CIV-F-07-1028 AWI<br><br>BANKRUPTCY CASE NO. 07-10608-A-13<br><br>ADVERSARY CASE NO. 07-01067-A<br><br>ORDER VACATING HEARING DATE OF MARCH 17, 2008 AND TAKING MATTER UNDER SUBMISSION |

    Appellee has made a motion to dismiss the appeal for lack of subject matter jurisdiction. Doc. 10. Appellant has filed no opposition as of March 12, 2008. The hearing for this motion was set for 1:30 PM, Monday, March 17, 2008. Under Local Rule 28-230(c), any opposition was due no fewer than 14 days before the date of the hearing. That deadline has passed, and Appellant is no longer entitled to be heard in opposition at oral argument. The court has reviewed the papers and has determined that the motion is suitable for decision without hearing. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 17, 2008, is VACATED, and no party shall appear at that time. As of March 17, 2008, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 13, 2008                /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE